1  STEPHANIE YONEKURA
   Acting United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   CHARLES PARKER (Cal. Bar No. 283078)
4  Assistant United States Attorney
       Federal Building, Suite 7211
5      300 North Los Angeles Street
       Los Angeles, California 90012
6      Telephone: (213) 894-2740
       Facsimile: (213) 894-0115
7      E-mail: charles.parker@usdoj.gov

8  Attorneys for Petitioner
   United States of America
9

10                 UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                         WESTERN DIVISION

13  UNITED STATES OF AMERICA,        Case No.  LACV 15-01182-ODW

14            Petitioner,

15       v.                          [Proposed] ORDER TO SHOW CAUSE

16  BEDAVID ZALDANA,                 June 15, 2015 at 1:30pm

17            Respondent.

18

19       Upon the Petition and supporting Memorandum of Points and Authorities, and the

20  supporting Declaration to the Petition, the Court finds that Petitioner has established its

21  prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS"

22  and "Service") summons[es].  See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct.

23  248, 13 L.Ed.2d 112 (1964); see also Crystal v. United States, 172 F.3d 1141, 1143-1144

24  (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v.

25  United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima facie case

26  is typically made through the sworn declaration of the IRS agent who issued the

27  summons); accord, United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

28

1    THEREFORE, IT IS ORDERED that Respondent appear before this District
2    Court of the United States for the Central District of California in Courtroom No.
3    __11__,
4        _X_  United States Courthouse
5             312 North Spring Street,
6             Los Angeles, California 90012
7
8        ____ Roybal Federal Building and United States Courthouse
9             255 E. Temple Street,
10            Los Angeles, California 90012
11
12       ____ Ronald Reagan Federal Building and United States Courthouse
13            411 West Fourth Street,
14            Santa Ana, California 92701
15
16       ____ Brown Federal Building and United States Courthouse
17            3470 Twelfth Street, Riverside, California 92501
18
19   on ~~March 30, 2015~~ June 15, 2015 at __1:30 p__.m. and show cause why the testimony and production
20   of books, papers, records and other data demanded in the subject Internal Revenue
21   Service summons should not be compelled.
22       IT IS FURTHER ORDERED that copies of this Order, the Petition, Memorandum
23   of Points and Authorities, and accompanying Declaration be served promptly upon
24   Respondent by any employee of the Internal Revenue Service or by the United States
25   Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing
26   documents at the Respondent's dwelling or usual place of abode with someone of
27   suitable age and discretion who resides there, or by certified mail.
28

1    IT IS FURTHER ORDERED that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

   IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: June 1, 2015

_____
United States District Judge

Dated: February 18, 2015

Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


     /s/
_____
CHARLES PARKER
Assistant United States Attorney

Attorneys for Petitioner United States

3