EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
CHARLES PARKER (Cal. Bar No. 283078)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: charles.parker@usdoj.gov

Attorneys for Petitioner United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:15-cv-01182 ODW(RZ) |
|---|---|
| Petitioner, | [~~PROPOSED~~] ORDER CLOSING CASE |
| v. | |
| BEDAVID ZALDANA, | |
| Respondent. | |

    Pursuant to the government's Notice of Compliance and Response to Order to Show Cause and for good cause, the above entitled case is hereby closed.

    IT IS SO ORDERED

DATED: September 26, 2016

                                OTIS D. WRIGHT
                                United States District Judge

Presented by:

    /s/
CHARLES PARKER
Assistant United States Attorney
Attorneys for United States of America